UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:25-cv-09767-SSC                              Date: January 12, 2026

Title   Howard Gould v. Identity Digital, Inc., et al.

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

| Teagan Snyder | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) **Order to Show Cause Why Complaint Should Not Be Dismissed for Failure to Serve**

    On October 11, 2025, Plaintiff Howard Gould filed this civil action. (ECF 1.)  A request for a summons was never requested, and therefore, never issued.

    Pursuant to Rule 4 of the Federal Rules of Civil Procedure, a defendant must be served with the summons and complaint no later than 90 days after the complaint is filed.  Fed. R. Civ. P. 4(m).  Absent a showing of good cause, if a defendant is not timely served, "the court . . . must dismiss the action without prejudice against that defendant or order that service be made within a specified time." *Id*.  As stated, the complaint was filed on October 11, 2025 and, pursuant to Rule 4(m), the service deadline was January 9, 2026.  The service

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:25-cv-09767-SSC                              Date: January 12, 2026

Title         Howard Gould v. Identity Digital, Inc., et al.

deadline has passed, and the Court has not received proof of service on the Defendants or any other communication from Plaintiff.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, in writing, no later than **January 20, 2026,** why this action should not be dismissed for Plaintiff's failure to serve the summons and complaint as required by Rule 4.

**Plaintiff is cautioned that failure to file a timely response to this order to show cause may result in dismissal of this action for failure to serve.**

**IT IS SO ORDERED.**

|                                   |   :   |
|----------------------------------:|:-----:|
|              Initials of Preparer | **ts** |