Michael Rodenbaugh (SBN 179059)
RODENBAUGH LAW LLC
548 Market Street, Box 55819
San Francisco, CA 94104
(415) 738-8087
mike@rodenbaugh.com

Counsel for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD GOULD, | Case No.: 2:25-cv-09767-SSC |
| Plaintiff, | VOLUNTARY DISMISSAL WITHOUT PREJUDICE |
| vs. | [F.R.C.P. 41(a)] |
| IDENTITY DIGITAL, INC., CENTRALNIC NZ LTD. d/b/a ONLYDOMAINS, and NAMECHEAP, INC. | |
| Defendants. | |

Through undersigned counsel, pursuant to Rule 41(a)(1)(A)(i), Plaintiff dismisses the above-captioned action without prejudice, as to all claims and all Defendants.

Dated this 1st day of February, 2026

/s/ Mike Rodenbaugh
Michael Rodenbaugh (SBN 179059)
RODENBAUGH LAW LLC
548 Market Street, Box 55819
San Francisco, CA 94104
(415) 738-8087
mike@rodenbaugh.com

Counsel for Plaintiff

VOLUNTARY DISMISSAL WITHOUT PREJUDICE